Gabriel S. Galanda, WSBA #30331
Anthony S. Broadman, WSBA #39508
Galanda Broadman, PLLC
4024B NE 95th Street/P.O. Box 15146
Seattle, WA 98115
 (206) 691-3631

Attorneys for the Confederated Tribes and
Bands of the Yakama Nation

The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally-recognized Indian tribal government and as *parens patriae* on behalf of the Enrolled Members of the Confederated Tribes and Bands of the Yakama Nation; et al.;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE et al.;<br><br>Defendants. | NO.  CV-10-3050-EFS<br><br> ORDER GRANTING TRIBAL PLAINTIFFS' MOTION TO DISMISS BY COURT ORDER |

BEFORE the Court is Tribal Plaintiffs' Motion to Dismiss, without prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(2).  Having reviewed said Motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises.  Accordingly,

IT IS HEREBY ORDERED:

Tribal Plaintiffs' Motion to Dismiss without prejudice is GRANTED.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

The Clerk's Office is directed to enter this Order and judgment dismissing the lawsuit without prejudice, provide copies of such to counsel, and close the file.

Plaintiffs have reserved all rights to file a petition for attorneys' fees, and may do so after the 60-day time for filing an appeal of this Order has run.

DATED this **5th** day of October 2011.


_____**s/ Edward F. Shea**_____
The Honorable Edward F. Shea
United States District Court Judge

ORDER GRANTING TRIBAL PLAINTIFFS'
MOTION TO DISMISS BY COURT ORDER - 2
(CV-10-3050-EFS)