AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally-recognized Indian tribal government and as parens patriae on behalf of the Enrolled Members of the Confederated Tribes and Bands of the Yakama Nation; et al.;      Plaintiffs,
v.

UNITED STATES DEPARTMENT OF AGRICULTURE et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-3050-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered without prejudice pursuant to the Order Granting Tribal Plaintiffs' Motion to Dismiss By Court Order entered on October 6, 2011, ECF No. 106.

October 6, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas