UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally-recognized Indian tribal government and as *parens patriae* on behalf of the Enrolled Members of the Confederated Tribes and Bands of the Yakama Nation; FRIENDS OF THE COLUMBIA GORGE, a non-profit corporation; NORTHWEST ENVIRONMENTAL DEFENSE CENTER, a non-profit corporation; COLUMBIA RIVERKEEPER, a non-profit corporation; DAWN STOVER, a Washington resident; and DANIEL LICHTENWALD, a Washington resident,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE; TOM VILSACK, Secretary of the United States Department of Agriculture; and CINDY SMITH, Administrator of the United States Department of Agriculture Animal and Plant Health Inspection Service,<br><br>            Defendants. | No. CV-10-3050-EFS<br><br>**ORDER GRANTING NON-TRIBAL PLAINTIFFS AND DEFENDANTS' JOINT MOTION TO DISMISS BY COURT ORDER** |

By joint motion filed October 27, 2011, Plaintiffs Friends of Columbia Gorge, Northwest Environmental Defense Center, Columbia

ORDER - 1

Riverkeeper, Dawn Stover, and Daniel Lichtenwald (collectively "Non-Tribal Plaintiffs") and all Defendants agree that the Non-Tribal Plaintiffs' claims against Defendants may be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 108. Accordingly, **IT IS HEREBY ORDERED:**

    1.   The Non-Tribal Plaintiffs and Defendants' Joint Motion to Dismiss by Court Order, **ECF No. 108**, is **GRANTED**.

    2.   The Non-Tribal Plaintiffs' claims are **DISMISSED** without prejudice.

    3.   The case caption is **AMENDED** as follows:

> CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally-recognized Indian tribal government and as *parens patriae* on behalf of the Enrolled Members of the Confederated Tribes and Bands of the Yakama Nation,
>
>                   Plaintiff,
>
>                      v.
>
> UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE; TOM VILSACK, Secretary of the United States Department of Agriculture; and CINDY SMITH, Administrator of the United States Department of Agriculture Animal and Plant Health Inspection Service,
>
>                   Defendants.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this    28th    day of October 2011.

                            s/ Edward F. Shea
                              EDWARD F. SHEA
                      UNITED STATES DISTRICT JUDGE

Q:\Civil\2010\3050.nont.settle.lc1.frm

ORDER - 2